UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TANAKA BIRDO, | Civil No. 24-1746 (JRT/SGE) |
| Plaintiff, | |
| v. | **ORDER** |
| S. RYKKEN, et al., | |
| Defendants. | |

Tanaka Birdo, 2101 Penn Ave N., Minneapolis, MN 55411, *pro se* plaintiff.

Based upon the Report and Recommendation by United States Magistrate Judge Shannon G. Elkins dated June 10, 2025 (ECF No. 39), along with all the files and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  July 15, 2025  
at Minneapolis, Minnesota.

                             s/John R. Tunheim
                             JOHN R. TUNHEIM
                             United States District Judge